IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02429-RPM-GJR

RICHARD LAROY DAY,

    Plaintiff,

v.

UNIVERSAL WELL SERVICES, INC.,
d/b/a Eastern Reservoir Services,

    Defendant.
_____

Amended ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Gudrun J. Rice is designated to conduct proceedings in this civil action as follows:

( X )   Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

( X )   Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

( X )   Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

( X )   Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(   )   Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(   )   Conduct a pretrial conference and enter a pretrial order.

    It is ORDERED, that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

    Dated: September 16th, 2011

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge