**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action No. 11-cv-02429-RPM-GJR

RICHARD LAROY DAY,

    Plaintiff,

v.

UNIVERSAL WELL SERVICES, INC., d/b/a EASTERN RESERVOIR SERVICES,

    Defendant.

_____

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

    WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice, each party to bear his or its own costs.

    IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear his or its own costs.

Dated this 28th day of March, 2012.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge